IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IDA JENNINGS-JONES,          )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       2:10cv739-MHT
                             )
WAL-MART STORES, INC.,       )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff Ida Jennings-Jones's objections (doc. no. 12) are overruled.

(2) The magistrate judge's recommendation (doc. no. 7) is adopted.

(3) The Title VII claims are dismissed as to the individual defendants.  The Title VII claims remain pending as to defendant Wal-Mart Stores, Inc., and the EPA claims remain pending as to

defendant Wal-Mart Stores, Inc. and the individual defendants.

(4) This case is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 12th day of November, 2010.

    <u>/s/ Myron H. Thompson</u>
    **UNITED STATES DISTRICT JUDGE**